PETER KMETO
Attorney at Law
State Bar #78827
1001 G Street, Suite 205
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: STANISLAV SARBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00514-5 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST FOR RETURN |
| | ) | OF PASSPORTS AND |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STANISLAV SARBER, et al. | ) | |
| | ) | . |
| Defendant. | ) | |

Based on the fact that Defendant, STANISLAV SARBER, was sentenced on July 13th 2017 to a probationary sentence which includes 4 months of electronic monitoring, it is requested that the United States and Russian passports posted in support of defendant's pretrial release be returned forthwith.

Dated: August 3, 2017                    /s/ PETER KMETO
                                          PETER KMETO
                                          Attorney for Defendant
                                          STANISLAV SARBER

1

## ORDER

The Court, having read and considered the above request, HEREBY ORDERS THAT the Clerk of the Court for the Eastern District of California return to defendant, STANISLAV SARBER, his United States and Russian passports. Defendant, STANISLAV SARBER, is to present himself to the Court Clerk in order to take custody of his passports.

Dated: August 6, 2017

Troy L. Nunley
United States District Judge